JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR IRP FUND II TRUST 2A,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV 21-08509 PA (JEMx)<br><br>Order Approving Stipulation and Dismissing Action without Prejudice |

    Plaintiff, Wilmington Savings Fund Society, FSB, not its individual capacity but solely as Trustee for IRP Fund II Trust 2A ("Wilmington"), and Defendant, the United States of America, have filed a stipulation with the Court (Dkt. 12).

    FOR GOOD CAUSE having been shown, the Court APPROVES of the stipulation and finds as follows:

    1.    The Subject Property is commonly known as 33 Shadowcast, Newport Coast, California 92657 (APN 478-453-16), and legally described in paragraph 1 of the parties' Stipulation (Dkt. 12).

    2.    On or about March 18, 2015, a Notice of Federal Tax Lien in the amount of $909,317.80 was recorded in the Official Records of the County of Orange, California, as Doc. No. 2015000139019 ("NFTL"), relating to the unpaid income tax liabilities of

1  Gregory B. Duncan and Laurie Duncan for the years 2005, 2006, 2007, 2008, 2010,
2  2011, 2012, and 2013.

3     3.     On or about June 20, 2018, Gregory B. Duncan and Laurie Duncan obtained
4  title to the Subject Property located at 33 Shadowcast, Newport Coast, California 92657.

5     4.     On or about June 25, 2018, Gregory B. Duncan and Laurie Duncan
6  executed a promissory note in the amount of $2,400,000.00 to Greenbox Loans Inc.,
7  secured by a deed of trust recorded in Orange County, California on June 28, 2018,
8  Instrument Number 2018000238369 ("Deed of Trust").

9     5.     The lien secured by the Deed of Trust (Instr. No. 2018000238369) is senior
10 to and entitled to priority over the federal tax liens secured by the NFTL (Doc. No.
11 2015000139019), by virtue of Cal. Civ. Code § 2898, as the Deed of Trust secures a
12 purchase money security interest.

13     6.     The federal tax liens secured by the NFTL (Doc. No. 2015000139019) are
14 valid and existing liens encumbering the Subject Property as junior liens in priority to
15 the Deed of Trust (Instr. No. 2018000238369).

16     7.     The parties' stipulation regarding lien priority shall remain binding on the
17 parties to this action following the dismissal of this action.

18     8.     This action is dismissed without prejudice and the Clerk of Court is directed
19 administratively close this case.

21     IT IS SO ORDERED.

25 DATE: January 21, 2022

                                             PERCY ANDERSON
                                 UNITED STATES DISTRICT JUDGE